IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD D. VINES, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-1792 |
| | : | |
| SEAN MARLER, *et al.*, | : | |

## ORDER

**AND NOW**, this 28th day of June, 2022, it is hereby **ORDERED** that:

1. The Defendants' motion for summary judgment [Doc. 17] is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all of Plaintiff's claims brought against the Defendants in their official capacities.

3. The Defendants' motion to dismiss for lack of subject matter jurisdiction [Doc. 17] is **GRANTED**. Plaintiff's claims brought against Defendants in their official capacities are **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk shall mark this case as **TERMINATED.**


BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.